UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| Deutsche Bank National Trust Company, as Trustee Under Pooling and Servicing Agreement Dated as of January 1st, 2008 Equifirst Loan Securitization Trust 2008-1 | Plaintiff(s) VS. | Court No.: 1:12-cv-3717 |
| Daniel Klimson, Elizabeth A. Klimson, Rose Mary Carter, | Defendant(s) | |

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, James Anderson, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117-001465.
Type of Process: Summons In a Civil Case and Complaint

Defendant to be served: Elizabeth A. Klimson

ADDRESS WHERE ATTEMPTED OR SERVED: 7134 West 113th Place, Worth, IL, 60482

SERVED the within named defendant on: 8/6/2012 4:18:00 PM

✓ INDIVIDUAL SERVICE by delivering to the within named defendant a copy of this process personally. The defendant confirmed that he/she resides at the above address.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Age:** 55 **Gender:** Female **Race:** Caucasian **Height:** 5-6 **Weight:** 151-175 **Hair:** Brown **Glasses:** Yes

Additional Comments:
This is the defendant's usual place of abode.

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this instrument are true and correct.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on 8/8/12

Signature of Process Server

Notary Public

OFFICIAL SEAL
DIANA ZAVALA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/17/15

Page 1 of 1

Reference Num: 2830984
File Number: 14374.8008