UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Deutsche Bank National Trust Company
                Plaintiff,

v.                                                Case No.: 1:12–cv–03717
                                               Honorable Thomas M. Durkin

Daniel Klimson, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 29, 2014:

      MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motions to stay [63][65] are granted. Status hearing reset for 8/28/2014 at 09:00 AM. The 5/28/14 status date is vacated. No appearance required on 5/7/14. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.